

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/11/2010

| | | |
|---|---|---|
| IN RE: <br><br> DEMAY INTERNATIONAL, LLC, <br><br> DEBTOR(S) | § § § § § § | CASE NO. 09-35759 <br><br> (Chapter 11) |

### ORDER

FOR THE REASONS stated on the record it is therefore:

**ORDERED** that this voluntary petition in bankruptcy is **CONVERTED** to Chapter 7; and it is further

**ORDERED** that the debtor shall file or supplement appropriate lists, inventories, schedules and statements required by Bankruptcy Rule 1007 within (15) fifteen days of the entry of this Order and shall otherwise comply with the requirements of Bankruptcy Local Rule 1007 and Bankruptcy Local Rule 1019.

SIGNED this 11th day of May, 2010.

_____
Jeff Bohm
United States Bankruptcy Judge