UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: **Demay International, LLC**

| | | | |
|---|---|---|---|
| **GSL of ILL, LLC** Appellant | § | Civil Action: **4:10cv2128** |
| vs. | § | |
| **McCaffety Electric Company** | § | |
| Appellee | § | Bankruptcy Case: **09-35759** |

**Notice of Docketing an Appeal under Bankruptcy Rule 8007(b)**

On **8/13/10** the record was transmitted to the district court and the appeal was docketed.

U.S. District **Judge Melinda Harmon**
Civil Action **4:10cv2128**

This is the notice under Bankruptcy Rule 8007(b).

The following documents have been assembled to be presented as the record on appeal:

Clerk's Notice of Filing Notice of Appeal under Bankruptcy Rule 8004
Certified copy of the Bankruptcy court docket
Designation of Record/Statement of Issues filed by Appellant and
Designation of Record filed by Appellee
Copies of items designated as the record.
Transcripts designated.

All filings must now be made in the United States District Court with the Civil Action Caption and Number.